KING DEVELOPMENT COMPANY ET AL., APPELLANTS, *v.* FRANKLIN
COUNTY BOARD OF REVISION ET AL., APPELLEES.

CHATTERTON CLUB, L.P., APPELLANT, *v.* FRANKLIN COUNTY
BOARD OF REVISION ET AL., APPELLEES.

C.O.A. HOUSING, INC., APPELLANT, *v.* VAN WERT COUNTY
BOARD OF REVISION ET AL., APPELLEES.

[Cite as *King Dev. Co. v. Franklin Cty. Bd.
of Revision* (1997), 78 Ohio St.3d 483.]

(Nos. 96–541, 96–542 and 96–545—Submitted
April 1, 1997—Decided May 21, 1997.)

*Todd W. Sleggs,* for appellants King Development Co., Crofton Partners I, Crofton Partners II, Chatterton Club, L.P., and C.O.A. Housing, Inc.

*James R. Gorry,* Assistant County Prosecutor, for appellees Franklin County Board of Revision and Franklin County Auditor and Van Wert County Board of Revision and Van Wert Auditor.

*Teaford, Rich, Coffman & Wheeler, Jeffrey A. Rich* and *Karol Cassell Fox,* for appellees Board of Education of the Reynoldsburg City School District Board of Education and the Groveport Madison Local School District Board of Education.

---

*Sua sponte,* the causes are consolidated. The orders of the Board of Tax Appeals are affirmed on the authority of *Sharon Village Ltd. v. Licking Cty. Bd. of Revision* (1997), 78 Ohio St.3d 479, 678 N.E.2d 932, decided today.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.